IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**In Re:**

**UNITED STATES OF AMERICA** )
) Case No. 2:97-CR-35
) Hon. Judge James Moody
v. )
)
)
**KARL BERNARD GAISSER** )
Defendant )
)
)

---

**MOTION TO RECEIVE COPY OF GRAND JURY TESTIMONY IN CASE SO AS TO BE ABLE TO PURSUE POST-CONVICTION RELIEF IN FORM OF WRIT OF ERROR CORAM NOBIS OR WITH WRIT OF AUDITA QUERELA**

---

**NOW COMES** the Defendant in the above referenced Criminal Case, KARL B. GAISSER, pro se, and Moves this Honorable Court for an Order to allow him to receive the Grand Jury Transcript of the testimony of Lorraine Kay Mains, given on or about August 20, 1996, so as to allow the Defendant to pursue his post-conviction remedies of Writ of Error **Coram Nobis** or Writ of **Audita Querela**, for which a copy of that Transcript is crucial.

Respectfully submitted,

Karl Bernard Gaisser, Defendant, Pro Se
406 York Road
Schererville, IN. 46375

I CERTIFY THAT ON THE 8TH OF MAY OF 2006, SERVICE OF A TRUE AND COMPLETE COPY (OR ORIGINAL) OF THE ABOVE AND FOREGOING PLEADING WAS MADE WAS MADE UPON THE U.S. ATTORNEY AT 5400 FEDERAL PLAZA IN HAMMOND, INDIANA AS WELL AS THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION LOCATED AT 5400 FEDERAL PALZA, HAMMOND, INDIANA BY DELIVERING AND DEPOSITING THE SAME IN PERSON.

Karl B Gaisser

CERTIFICATE OF SERVICE

I, Hereby Certify, that I have hand delivered an original and/or copy(s) of the attached MOTION TO RECEIVE COPY OF GRAND JURY TESTIMONY IN CASE SO AS TO BE ABLE TO PURSUE POST-CONVICTION ELIEF IN FORM OF WRIT OF ERROR CORAM NOBIS OR WITH WRIT OF AUDITA QUERELA to the following persons :

| | |
|---|---|
| UNITED STATES DISTRICT COURT & <br> FOR THE NORTHERN DISTRICT OF <br> INDIANA, HAMMOND DIVISION <br> CLERK OF THE COURT <br> 5400  FEDERAL PLAZA, SUITE 2300 <br> HAMMOND,  IN  46320 | OFFICE OF THE U.S. ATTORNEY <br> 5400 FEDERAL PLAZA, SUITE 1500 <br> HAMMOND,  IN  46320 |

AND hand delivered it on May 8,  2006.

_____